## UNITED STATES DISTRICT COURT
### District of Minnesota

Khalid Badri Qorane

                       Petitioner,

v.

Kristi Noem, Todd M. Lyons, Peter Berg, Samuel J. Olson, Eric Klang

                       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04584-JWB-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1. Petitioner Khalid B.Q.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED**.

    2. Respondents shall immediately release Petitioner from custody subject to the conditions of his December 10, 2022 Order of Release on Recognizance. DHS previously released Petitioner under 8 U.S.C. § 1226, and no statutory authority permits continued detention under 8 U.S.C. § 1225(b)(2). Release is the appropriate remedy.

    3. Respondents shall confirm Petitioner's release within 48 hours of this Order.

    4. Petitioner's other claims are not reached.

Date: 12/19/2025                                                                 KATE M. FOGARTY, CLERK